# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| James T Foley Courthouse | U.S. Courthouse | James Hanley Federal Building | Alexander Pirnie Fed. Building |
|---|---|---|---|
| 445 Broadway | 15 Henry Street | 100 S. Clinton Street | 10 Broad Street |
| Albany, New York 12207 | Binghamton, NY 13901 | Syracuse, NY 13261 | Utica, NY 13501 |
| (518) 257-1800 | (607) 773-2893 | (315) 234-8500 | (315) 793-8151 |

**LAWRENCE K. BAERMAN**
**CLERK OF COURT**

1 : 07  -cv- 1133 -SEB -TAB

September 4, 2007

Clerk, United States District Court
Southern District of Indiana
105 Birch Bayh Federal Bldg.
  and U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

RE:       Schaefer-LaRose vs. Eli Lilly and Company
CASE NO.  5:06-CV-1379(NAM/GHL)

Dear Clerk:

    Pursuant to the Order of the Hon. George H. Lowe, United States Magistrate Judge, filed August 23, 2007, in the above-entitled action, I enclose herewith certified copies of the Order of Transfer and the Docket Sheet.

    All other documents filed in this case are now available electronically. You may access the electronic documents through the Court's website: http://ecf.nynd.uscourts.gov.

    Please acknowledge receipt of the above-mentioned papers on the enclosed copy of this letter and return to the **Syracuse Office.** Thank you.

Very Truly Yours,

LAWRENCE K. BAERMAN, CLERK

By: Linda M. Payne, Deputy Clerk

Encs.