IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SUSAN SCHAEFER-LAROSE, on behalf of herself and others similarly situated, WILLIAM WANROOY,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY and COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Cause No. 1:07-cv-01133-SEB-TAB<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF DAVID S. WAGNER

I, David S. Wagner, declare under penalty of perjury as follows:

1. I am an attorney at Baker & Daniels LLP and one of the attorneys representing Defendant Eli Lilly and Company ("Lilly") in the above-captioned case. The following statements are made of my own personal knowledge and, if called upon as a witness in this action, I could and would testify competently thereto.

2. Attached hereto are true and correct copies of the following:

Exhibit 1: Delgado v. Ortho-McNeil, Inc., Case No. SACV 07-0263-CJC, (In Court) Order Denying Plaintiffs' Motion to Compel Further Testimony

Exhibit 2: Excerpts from the Deposition of Kelly Freeman

Exhibit 3: E-mail from Ellen Boshkoff to Elizabeth Saylor dated August 9, 2007

Exhibit 4: Letter to Hon. Alvin K. Hellerstein dated February 27, 2008

Exhibit 5: Defendant Eli Lilly and Company's Response in Opposition to Plaintiff's Motion to Remand, Weathers v. Eli Lilly and Company, Case No. 2:06-CV-0666-WHA

| | |
|---|---|
| Exhibit 6: | Order Granting Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, <u>D'Este v. Bayer Corporation</u>, Case No. CV 07-3206-JFW |
| Exhibit 7: | Order Granting Summary Judgment, <u>Menes v. Roche Laboratories, Inc.</u>, Case No. 2:07-cv-01444-ER |
| Exhibit 8: | Order Granting Defendant's Motion for Summary Judgment, <u>Brody v. Astrazenca Pharmaceuticals, LP</u>, Case No. CV 06-6862 ABC |
| Exhibit 9: | Opinion and Order, <u>Amendola v. Bristol-Myers Squibb Co.</u>, Case No. 07 Civ. 6088 (DLC) |
| Exhibit 10: | Plaintiff Putnam's Opposition to Defendant's Application to the Clerk to Tax Costs and Bill of Costs in the Amount of $6,008.20, <u>Putnam v. Eli Lilly and Co.</u>, Case No. CV-07-3656 (JFW) |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of June, 2008, at Indianapolis, Indiana.

*/s/ David E. Wagner*