UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SUSAN SCHAEFER-LAROSE, on behalf of herself and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CAUSE NO. 1:07-CV-01133-SEB-TAB |
| ELI LILLY and COMPANY, | ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S DESIGNATION OF EVIDENCE IN SUPPORT OF
## ITS MOTION FOR SUMMARY JUDGMENT
## AS TO TIME-BARRED PLAINTIFFS

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of this Court, Defendant Eli Lilly and Company hereby designates the following evidence, which is attached hereto as indicated below, in support of Lilly's Motion For Summary Judgment as to Time-Barred Plaintiffs:

Exhibit 1:   Excerpts from August 20, 2007 Deposition of Andrew Faulkner;

Exhibit 2:   Excerpts from August 29, 2007 Deposition of Kelly Freeman;

Exhibit 3:   Excerpts and Exhibit 7 from June 10, 2008 Deposition of Laura Bickle;

Exhibit 4:   Declaration of Andrew DeMeis;

Exhibit 5:   Lilly's Answers to Interrogatory No. 15 of Plaintiffs' Second Set of Interrogatories;

Exhibit 6:   Affidavit of John Scharf and all exhibits attached thereto;

Exhibit 7:   Chart of Opt-In Plaintiffs Barred by 3 year Statute of Limitation; and

Exhibit 8:   Chart of Opt-In Plaintiffs Barred by 2 year Statute of Limitation.

Respectfully submitted,

BAKER & DANIELS LLP

By:   s/David S. Wagner
        Ellen E. Boshkoff (# 16365-49)
        D. Lucetta Pope, (#19217-71)
        David S. Wagner (# 26631-49)

300 North Meridian Street
Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax: (317) 237-1000
ellen.boshkoff@bakerd.com
lucetta.pope@bakerd.com
david.wagner@bakerd.com

Attorneys for Defendant
ELI LILLY AND COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

| | |
|---|---|
| Jonathan S. Abady<br>Elizabeth Saylor<br>EMERY CELLI BRINCKERHOFF<br>   & ABADY LLP<br>75 Rockefeller Plaza, 20th Floor<br>New York, New York  10019<br>Email:  jabady@ecbalaw.com<br>           esaylor@ecbalaw.com | Irwin B. Levin<br>Gabriel A. Hawkins<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, Indiana  46204<br>Email:  ilevin@cohenandmalad.com<br>           ghawkins@cohenandmalad.com |
| James A. Jones<br>GILLESPIE, ROZEN, WATSKY<br>   & JONES, P.C.<br>3402 Oak Grove Ave., Ste. 200<br>Dallas, Texas  75204<br>Email:  jaj@grwlawfirm.com | Gregory N. Karasik<br>Ira Spiro<br>SPIRO MOSS BARNESS LLP<br>11377 West Olympic Blvd.<br>5th Floor<br>Los Angeles, CA  90064<br>Email:  greg@spiromoss.com<br>           ira@spiromoss.com |
| Eric B. Kingsley<br>KINGSLEY & KINGSLEY<br>16133 Venture Blvd., Suite 1200<br>Encino, CA  91436<br>Email:  eric@kingsleykingsley.com | Christopher A. Seeger<br>Christopher Van De Kieft<br>Stephen A. Weiss<br>James A. O'Brien, III<br>SEEGER, WEISS LLP<br>One William Street<br>New York, New York  10004<br>Email:  cseeger@seegerweiss.com<br>           evanderkieft@seegerweiss.com<br>           sweiss@seegerweiss.com<br>           jobrien@seegerweiss.com |
| Michael R. DiChiara<br>Charles Joseph<br>Michael D. Palmer<br>JOSEPH & HERZFELD<br>757 Third Ave., Ste. 2500<br>New York, NY 10017<br>Email:  md@jhllp.com<br>           charles@jhllp.com<br>           michael@jhllp.com | |

s/  David S. Wagner