# EXHIBIT 3

Schaefer-LaRose, Susan J
Incentive Payments

| Performance Period (most recent backward) | Payout | Date of Deposit | Notes |
|---|---|---|---|
| Apr-Jun, 06 (FQ3,06) | 0 | N/A | Exited Co on 5/15/06 - ineligible for this quarter |
| Jan-Mar, 06 (FQ2,06) | 5,238 | 6/7/2006 | -0- for Competency Assessment, rating 0.3 |
| Oct-Dec, 05 (FQ1,06) | 5,598 | 3/15/2006 | |
| Oct-Dec, 05 (FQ1,06) | 1,000 | 2/15/2006 | Neuro Kicker |
| Jul-Sep, 05 (FQ4,05) | 5,634 | 12/15/2005 | |
| Apr-Jun, 05 (FQ3,05) | 4,524 | 9/15/2005 | |
| Jan-Mar, 05 (FQ2,05) | 3,394 | 6/15/2005 | |
| Oct-Dec, 04 (FQ1,05) | 1,741 | 3/15/2005 | |
| Jul-Sep, 04 | 373 | 12/15/2004 | |
| Apr-Jun, 04 | 1,848 | 9/30/2004 | |
| Jan-Mar, 04 | 4,254 | 5/28/2004 | |
| Oct-Dec, 03 | 3,282 | 2/27/2004 | |
| Jul-Sep, 03 (Adj) | 672 | 12/24/2003 | Adjustment |
| Jul-Sep, 03 | 2,601 | 11/26/2003 | |
| Apr-Jun, 03 (Adj) | 596 | 10/15/2003 | Adjustment |
| Apr-Jun, 03 | 2,128 | 8/29/2003 | |
| Jan-Mar, 03 | 2,718 | 5/30/2003 | |
| Oct-Dec, 02 | 2,942 | 2/28/2003 | |
| Jul-Sep, 02 | 2,887 | 11/27/2002 | |
| Apr-Jun, 02 | 3,536 | 8/30/2002 | |
| Jan-Mar, 02 | 4,284 | 5/31/2002 | |
| Total | 59,250 | | |

| | | | |
|---|---|---|---|
| 2006 FY Total | 11,836 | | |
| 2005 FY Total | 15,293 | | |
| 2004 FY Total | 6,475 | | FY was only 3 quarters long in 2004 |
| 2003 FY Total | 11,997 | | |
| 2003 FY Total | 13,649 | | |
| Total | 59,250 | | |

dlb 12/18/06

CONFIDENTIAL
LLY-SLR00035957